**DISMISS and Opinion Filed September 16, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00983-CV**

**IRVINE TEK, LLC, IRVINE TEK (SMC-PRIVATE) LIMITED, AND SHEIKH FRAZ TAJAMMUL, Appellants**
**V.**
**MALIK & ASSOCIATES, PLLC, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-24-05474**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Garcia

Stating they no longer desire to pursue this appeal, appellants have filed a motion to dismiss. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

240983F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IRVINE TEK, LLC, IRVINE TEK (SMC-PRIVATE) LIMITED, AND SHEIKH FRAZ TAJAMMUL, Appellants

No. 05-24-00983-CV        V.

MALIK & ASSOCIATES, PLLC, Appellee

On Appeal from the 101st Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-24-05474. Opinion delivered by Justice Garcia, Justices Pedersen, III and Smith participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Malik & Associates, PLLC recover its costs, if any, of this appeal from appellants Irvine Tek, LLC, Irvine Tek (SMC-Private) Limited, and Sheikh Fraz Tajammul.

Judgment entered September 16, 2024.